UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Brown et al.

                                        Plaintiff(s),

*MEDIATION CERTIFICATION*

      6:23   - cv -  06263

                    v.

Roberts Wesleyan University et al.

                                        Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on   2/21/24  .

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.*

*Date:* 02/22/2024                      *Mediator:* /S/ Lucinda Lapoff, Esq.

*Additional Comments:*
_____
_____
_____